UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3108**

Case Title: **Andrew Knox** vs. **Hardin County Municipal Court, et al.**

List all clients you represent in this appeal:

**Judge Gregory A. Grimslid**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☑ Appellee  ☐ Respondent  ☐ Intervenor    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Linda L. Woeber**  Signature: s/ **Linda L. Woeber**

Firm Name: **Montgomery Jonson LLP**

Business Address: **600 Vine Street, Suite 2650**

City/State/Zip: **Cincinnati, Ohio 45202**

Telephone Number (Area Code): **(513) 768-5239**

Email Address: **lwoeber@mojolaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17