UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3108**

Case Title: **Andrew Knox**                              vs. **Hardin County Municipal Court, et al.**

List all clients you represent in this appeal:

**Judge Gregory A. Grimslid**

☐ Appellant          ☐ Petitioner          ☐ Amicus Curiae          ☐ Criminal Justice Act
☑ Appellee           ☐ Respondent         ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Cooper D. Bowen**          Signature: s/ **Cooper D. Bowen**

Firm Name: **Montgomery Jonson LLP**

Business Address: **600 Vine Street, Suite 2650**

City/State/Zip: **Cincinnati, Ohio 45202**

Telephone Number (Area Code): **(513) 768-5242**

Email Address: **cbowen@mojolaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17