UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3108**

Case Title: **Andrew Knox** vs. **Hardin County Municipal Court, et al.**

List all clients you represent in this appeal:

**Hardin County Municipal Court and Clerk Emily Kissling**

☐ Appellant          ☐ Petitioner          ☐ Amicus Curiae          ☐ Criminal Justice Act
☑ Appellee           ☐ Respondent          ☐ Intervenor                       (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Teresa L. Grigsby**          Signature: s/ **Teresa L. Grigsby**

Firm Name: **Spengler Nathanson PLL**

Business Address: **900 Adams St.**

City/State/Zip: **Toledo, OH 43604**

Telephone Number (Area Code): **419-252-6261**

Email Address: **tgrigsby@snlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17