UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3108**

Case Title: **Andrew Knox** vs. **Hardin County Municipal Court, et al.**

List all clients you represent in this appeal:

**Hardin County Municipal Court and Clerk Emily Kissling**

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent    ☐ Intervenor           (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jennifer A. McHugh**     Signature: s/ **Jennifer A. McHugh**

Firm Name: **Spengler Nathanson PLL**

Business Address: **900 Adams St.**

City/State/Zip: **Toledo, OH 43604**

Telephone Number (Area Code): **419-252-6233**

Email Address: **jmchugh@snlaw.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17