**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ANDREW LEE KNOX,

       Plaintiff-Appellant,

    vs.

HARDIN COUNTY MUNICIPAL COURT,
*et al.*,

       Defendants-Appellees.

Case No. 26-3108

**DEFENDANTS HARDIN COUNTY
MUNICIPAL COURT AND CLERK
EMILY KISSLING'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

---

Defendants/Appellees Hardin County Municipal Court and Clerk Emily Kissling ("Defendants"), hereby seek a 30-day extension of time, through and including June 10, 2026 in which to file their Brief in this matter.  Per the Court's briefing letter, Defendants brief is presently due on May 11, 2026.

Counsel is confronted with numerous other professional obligations and deadlines, including date-specific filings, mandatory court appearances, and an appellate oral argument in the Ohio Third District Court of Appeals in the next two weeks.  Due to the press of these other matters, and certain health-related responsibilities related to counsel's elderly parents, counsel requires additional time to properly prepare the Defendants brief in this matter.   This is Defendants first request for an extension and this request.  This request will not materially delay the resolution of this *pro se* appeal.

Respectfully submitted,

/s/ Teresa L. Grigsby
Teresa L. Grigsby (0030401)
tgrigsby@snlaw.com
Jennifer A. McHugh (0084842)
jmchugh@snlaw.com
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, Ohio  43604
Telephone:  (419) 241-2201
Facsimile:  (419) 241-8599

*Attorneys for Defendants-Appellees Hardin County Municipal Court and Clerk Emily Kissling.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2026, a copy of the foregoing instrument was filed electronically with the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

A copy has also been sent via regular U.S. mail to:

Andrew Lee Eugene Knox
P.O. Box 344
Russells Point,  OH 43348

*Plaintiff-Appellant*

/s/ Teresa L. Grigsby
Teresa L. Grigsby

798975